**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

The Medicines Company
                          Plaintiff,

v.                                          Case No.: 1:15−cv−07507
                                          Honorable Harry D. Leinenweber

Sagent Pharmaceuticals, Inc.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 21, 2016:

      MINUTE entry before the Honorable Harry D. Leinenweber:Status hearing held on 1/21/2016. Case stayed until 4/5/2016. Status hearing set for 4/5/2016 at 09:00 AM.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.